IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRYSTINA AMELOTTI,<br>　　　　　*Plaintiff,*<br><br>　　　v.<br><br>DREXEL UNIVERSITY O/A Department of<br>Public Safety, CHIEF EILEEN BEHR, and<br>CAPTAIN PATRICK HANEY,<br>　　　　　*Defendants.* | :<br>:<br>:<br>:  **CIVIL ACTION**<br>:  **NO. 23-1222**<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **10th** day of **June, 2025**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 55), Plaintiff's Response (ECF No. 66), and Defendants' Reply (ECF No. 67), it is hereby **ORDERED** as follows[1]:

1. Defendants' Motion for Summary Judgment is **GRANTED** for Count I of the Amended Complaint (ECF No. 14) as to Hostile Work Environment and request for Punitive Damages.

2. Defendants' Motion is **GRANTED** for Count II of the Amended Complaint as to Hostile Work Environment, Failure to Accommodate, and Aiding and Abetting as to Hostile Work Environment and Failure to Accommodate.

3. Defendants' Motion is **GRANTED** for Count III as to Hostile Work Environment, Failure to Accommodate, and request for Punitive Damages.

4. Defendants' Motion is **GRANTED** for Count IV as to Hostile Work Environment, Failure to Accommodate, request for Punitive Damages, and Aiding and Abetting as to Hostile Work Environment and Failure to Accommodate.

---

[1] A memorandum explaining this Court's opinion will follow this Order.

5. Defendants' Motion is **GRANTED** for Count VI as to Hostile Work Environment, Failure to Accommodate, and Aiding and Abetting as to Hostile Work Environment and Failure to Accommodate.

6. For all other claims, Defendants' Motion is **DENIED**.

It is **FURTHER ORDERED**, upon consideration of the parties' representations made at the Status Conference held June 9, 2025, that the parties are referred to the Honorable Elizabeth T. Hey, United States Magistrate Judge, for a settlement conference. The parties shall promptly advise Judge Scott of any resolution of this case by emailing Chambers.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge