IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRYSTINA AMELOTTI                         :        CIVIL ACTION
                                           :
          v.                               :
                                           :
                                           :
DREXEL UNIVERSITY et al                    :        NO. 23-1222
                                           :
                                           :

ORDER

AND NOW, this 23rd day of June, 2025, IT IS HEREBY ORDERED that a **TELEPHONIC** settlement status conference is scheduled before the undersigned on **MONDAY, JUNE 23, 2025, at 1:00 p.m.** The court will initiate the call.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

/s/Elizabeth T. Hey

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE