IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRYSTINA AMELOTTI | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| DREXEL UNIVERSITY et al | : | |
| | : | NO.  23-1222 |
| | : | |

ORDER

    AND NOW, this 25th day of June, 2025, this matter having been referred by the Honorable Kai N. Scott for a settlement conference, IT IS HEREBY ORDERED that a settlement conference is scheduled for **FRIDAY, JULY 11, 2025, at 9:30 A.M.** before the undersigned at 601 Market Street, Room 3038, Philadelphia, PA 19106. **Any request to cancel or postpone the conference must be received at least two weeks in advance.**

    Each party is directed to submit to Chambers (via email at chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov) a **confidential** settlement memorandum of no more than four typed double-spaced pages, setting out the following in order:

1. The names, telephone numbers, and email addresses of counsel to appear at the conference on behalf of the party;

2. The name of the party or the party's representative, including insurer if applicable (with title or position) to appear at the conference;

3. The status of any pending motions;

4. The status of discovery;

5. A brief statement of the elements and manner of proof of the party's claims and/or defenses;

6. A brief statement of the party's damages and manner of proof of their damages or, as appropriate, its position on damages claimed by any opposing party;

7. The last demand and/or offer: and

8.  Any other matters that counsel believe may be relevant to settlement discussions.

    Counsel are directed to email the position paper to Chambers not later than four business days prior to the conference. The document is **not** to be shared with opposing counsel nor filed of record. This is for Judge Hey's eyes only. Counsel are encouraged to attach particularly relevant trial exhibits to their submissions. If such exhibits are lengthy, the relevant portions should be delineated. <u>Counsel are also directed to exchange settlement offer and demand prior to the conference.</u>

          BY THE COURT:

          /s/ ELIZABETH T. HEY
          _____
          ELIZABETH T. HEY
          UNITED STATES MAGISTRATE JUDGE