IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRYSTINA AMELOTTI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DREXEL UNIVERSITY et al | : | |
| | : | NO.  23-1222 |
| | : | |

# **MOTION AND ORDER**

AND NOW, this 30th day of June, 2025, the Court having received an email request from Defendant(s) to cancel the settlement conference in light of a scheduled private mediation, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

The parties are ORDERED to provide an update to chambers email at chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov no later than October 15, 2025 on the status of settlement discussions.

BY THE COURT:

/s/Elizabeth T. Hey

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH T. HEY